IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

| | |
|---|---|
| SAMUEL A. MALAT, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 10-1386 (RBK-JS) |
| v. : | |
| : | |
| BOROUGH OF HADDON : | |
| HEIGHTS, et al, : | |
| : | |
| Defendants. : | |
| : | |

**O R D E R**

**THIS MATTER** having been brought before the Court pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, and it appearing that on October 3, 2011, United States Magistrate Judge Joel Schneider filed a Report and Recommendation in the above-captioned case; and it appearing after review, that this Court should adopt the Report and Recommendation without modification, and no opposition having been received;

**IT IS ON THIS** __18th__ day of October, 2011, hereby **ORDERED AND ADJUDGED** that the Report and Recommendation filed October 3, 2011, is hereby adopted and entered and the Plaintiff's Complaint is Dismissed with Prejudice.

/s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge